ACCEPTED
01-14-00990-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/2/2015 4:10:03 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-14-00990-CV

IN THE FIRST COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/2/2015 4:10:03 PM
CHRISTOPHER A. PRINE
Clerk

_____

MANFRED FINK, Appellant

V.

JOANN D. ANDERSON, ET. AL., Appellees

_____

On Appeal from the 152nd Judicial District Court, Houston Texas

Cause No. 2014-22740

_____

## APPELLANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

TO THE HONORABLE JUSTICES:

Comes now, Manfred Fink, by and through his counsel of record, and files this his Second Unopposed Motion for Extension of Time to File Opening Brief, and in support thereof would respectfully show the Court as follows:

Appellant's brief is currently due on March 3, 2015. Counsel seeks a 30-day extension of time until April 2, 2015. This Court has granted one previous 2-week extension. Counsel for Appellees have stated to Appellant's counsel that they are not opposed to this motion.

Counsel seeks additional time to prepare the brief in order to balance other deadlines and matters requiring urgent attention.  This motion is not made for purposes of delay, and no party will be prejudiced by the grant of this extension.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ROBERT O'KEEFE
Division Chief
Financial Litigation, Tax, and Charitable Trusts Division


*/s/ H. Melissa Mather*_____
H. Melissa Mather
State Bar No. 240102216
Assistant Attorney General
Financial Litigation, Tax, and Charitable Trusts Division
P.O. Box 12548
Austin, TX 78711-2548
(512) 475-2540 - Telephone
(512) 477-2348 – Fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Appellant's Second Unopposed Motion for Extension of Time to File Opening Brief* was served on March 2, 2015, to the following counsel of record, by e-service and/or fax:

Wade T. Howard
Michael P. Cash
Alma F. Gomez
LISKOW & LEWIS
1001 Fannin St., Ste. 1800
Houston, TX 77002
wthoward@liskow.com
mpcash@liskow.com
afgomez@liskow.com

Andrew R. Harvin
Peter Wells
DOYLE, RESTREPO, HARVIN & ROBBINS
The Lyric Centre
449 Louisiana, Ste. 2300
Houston, TX 77002
aharvin@drhrlaw.com
pwells@drhrlaw.com

Tim McDaniel
MCDANIEL HOHLT, PC
Two Greenway Plaza, Ste. 1030
Houston, TX 77046
tmcdaniel@mcdanielfirm.com

William B. Mateja
FISH & RICHARDSON, PC
1717 Main St., Ste. 5000
Dallas, TX 75201
mateja@fr.com

Arnold Anderson Vickery
Fred H. Sheperd
THE VICKERY LAW FIRM
Park Laureate Bldg.
10000 Memorial Dr., Ste. 750
Houston, TX 77024
andy@justiceseekers.com
fred@justiceseekers.com

Paul D. Flack
PRATT & FLACK, LLP
1331 Lamar St.
Four Houston Center, Ste. 1250
Houston, TX
pflack@prattflack.com

*/s/ H. Melissa Mather*_____
H. Melissa Mather